| | |
|---|---|
| MELVYN KLEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TEAM HEALTH HOLDINGS, INC., LEIF M. MURPHY, H. LYNN MASSINGALE, JAMES L. BIERMAN, EDWIN M. CRAWFORD, GLENN A. DAVENPORT, PATRICK E. FRY, MARY R. GREALY, VICKY B. GREGG, NEIL KURTZ, SCOTT OSTFELD, and KENNETH H. PAULUS,<br><br>Defendants. | Case No. 3:16-cv-00675 |

**STIPULATION AND [PROPOSED] ORDER CLOSING AND TERMINATING THE ACTION**

WHEREAS, on February 6, 2017, the Court entered an order dismissing the claims asserted in the above action and retaining jurisdiction solely for considering any application for an award of attorneys' fees and expenses;

WHEREAS, the parties have reached agreement with respect to payment of attorneys' fees and expenses, in full satisfaction of any claims for the above Plaintiff's attorneys' fees or expenses;

There being no further issue for the Court to consider, the Court, at the request of Plaintiff, hereby issues the following order:

1. To close and terminate the Action, with the Court no longer retaining jurisdiction for considering any application for an award of attorneys' fees and expenses that is now moot.

| | |
|---|---|
| /s/ J. Gerard Stranch, IV<br>J. Gerard Stranch, IV, BPR# 23045<br>**BRANSTETTER, STRANCH**<br>**& JENNINGS, PLLC**<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Phone: (615) 254-8801<br>Fax: (615) 255-5419<br>gerards@bsjfirm.com<br><br>**OF COUNSEL:**<br><br>**MONTEVERDE & ASSOCIATES PC**<br>Juan E. Monteverde<br>The Empire State Building<br>350 Fifth Avenue, 59th Floor<br>New York, NY 10118<br>Tel: (212) 971-1341<br>E-mail:<br>jmonteverde@monteverdelaw.com<br><br>(*Continued*) | /s/ Daniel T. Swanson<br>Daniel T. Swanson, BPR# 023051<br>**LONDON AMBURN, P.C.**<br>607 Market Street, Suite 900<br>Knoxville, TN 37902<br>dswanson@londonamburn.com<br><br>**OF COUNSEL:**<br><br>**SIMPSON THACHER &**<br>**BARTLETT LLP**<br>Jonathan K. Youngwood<br>Janet A. Gochman<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000<br>jyoungwood@stblaw.com<br>jgochman@stblaw.com<br><br>*Attorneys for Defendants* |

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com

*Attorneys for Plaintiff*

*   *   *

SO ORDERED this _____ day of _____, 2017

_____
United States District Court Judge